EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Ricardo Skerrett Yordán | 2001 TSPR 123 <br><br> 154 DPR |

Número del Caso: TS-8233


Fecha: 30/agosto/2001


Oficina del Procurador General:

Lcda. Yvonne Casanova Pelosi
Procuradora General Auxiliar


Oficina de Inspección de Notarías:
Lcda. Carmen H. Carlos
Directora

Abogado de la Parte Querellada:
Lcdo. Dario Padín Mimoso


Materia: Solicitud de Reinstalación


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ricardo Skerrett Yordán                    TS-8233

Sala especial de verano integrada por el Juez Presidente señor Andréu García y los Jueces Asociados señora Naveira de Rodón, señor Corrada del Río y señor Rivera Pérez.

RESOLUCIÓN


San Juan, Puerto Rico, a 30 de agosto de 2001.

Evaluada la solicitud de reinstalación presentada por el querellado Ricardo Skerrett Yordán, así como la Moción Informativa presentada por el Procurador General y demás documentos que obran del expediente, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Naveira de Rodón no intervino.




Isabel Llompart Zeno
Secretaria del Tribunal Supremo